UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**FILED**

DEC 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DOUGLAS D. VERNER,**
**16205 Deer Lake Road**
**Derwood, Maryland 20855**
**Tel: (703) 518-6441, (301) 526-4548**
                              **Plaintiff,**

            **v.**

**OFFICE OF PERSONNEL MANAGEMENT,**

**and**

**LINDA M. SPRINGER**
     **Director of the Office of**
     **Personnel Management**
     **1900 E Street, N.W.**
     **Washington, D.C. 20415**
                              **Defendants.**

:
:
:
:
·

CASE NUMBER  1:06CV02244

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 12/29/2006
:
:
:
:
:
:
:
:
:
:

**COMPLAINT**

**Nature of the Action**

1. By this action, plaintiff seeks recovery from defendants for reimbursement of

medical expenses which he incurred on behalf of his daughter, Taylor Verner, for

reconstructive surgery related to the removal of a tumor which had ravaged her mouth.

## Parties, Jurisdiction, and Venue

2.  Douglas Verner is the father of Taylor Verner, a minor at the time of her medical service.  At all times relevant to this complaint, he and his family have had health insurance coverage with CareFirst Blue Cross/Blue Shield of the National Capital Area (hereinafter "Blue Cross" or "carrier").

3.  Defendant Office of Personnel Management (hereinafter "OPM") is an agency of the United States government, located in the District of Columbia.

4.  This Court has jurisdiction over this action under 28 U.S.C. §1331 and §1367.

5.  Venue is proper in this district under 28 U.S.C. §1391.

## Statement of Facts

6.  For the past 32 years plaintiff has been an employee of the United States Government.  He and his family currently reside at 16205 Deer Lake Road, Derwood, Maryland 20855.

7.  Blue Cross has contracted with OPM to provide health insurance coverage to Federal employees who elect such coverage.

8.  As an employee of the Federal Government, Mr. Verner has received health insurance benefits through the Federal Employees Health Benefits Program, which allows Federal employees to select health insurance from among a number of different insurers.

9.  Beginning prior to 1991 and continuing through present, Mr. Verner and his family have been insured by Blue Cross.  The terms of the applicable Service Benefit plan unambiguously provide coverage for reconstructive surgical procedures.

10. In the fall of 1991, Plaintiff's then eight-year-old daughter, Taylor, was found to be suffering from an aggressive juvenile ossifying fibroma, an extremely rare tumor. Doctors discovered that the tumor had completely destroyed her lower jaw. Surgery revealed that her lower teeth and the floor of her mouth were actually imbedded in the tumor.

11. In November 1991, the tumor was extracted in an eight-hour surgical procedure in the course of which metal plates were inserted in Taylor's chin area to secure what little jaw she had remaining, her tongue was reattached and sewn to the floor of her mouth.

12. In early 1992, a surgical procedure was performed in which bone grafts from Taylor's rib and hip were used to reconstruct her jaw and chin.

13. In April, 1993, additional surgery was performed in which implants were placed into Taylor's reconstructed jaw to ensure that the grafted bone would survive.

14. Between April, 1993 and December, 2002, Taylor went through numerous other reconstructive surgeries in order to get her jaw, mouth and teeth back to their pre-tumorous functional condition.

15. On December 17, 2002, additional surgery was performed in order to stabilize her jaw and alleviate her constant and chronic pain.

16. On January 14, 2003, and August 7, 2003, Blue Cross refused to make the full allowable payment, as requested, for the above described procedure and certain related expenses, contending that their underpayment was correct. Blue Cross advised the plaintiff of his right to appeal its decision to OPM.

17. Plaintiff timely appealed the decision of Blue Cross to OPM.

18. The denial of complete payment was affirmed by OPM on December 26, 2003.

19. Plaintiff has exhausted his administrative remedies in regard to his claim for reimbursement for Taylor's surgery of December 17, 2002.

## Count I
### (Violation of Federal Employees Health Benefits Act)

20. Paragraphs 1 through 19 are hereby reasserted and realleged and incorporated by reference.

21. Under the express terms of its Service Benefit Plan, Blue Cross was obligated to pay this claim based on the greater of: 1) the medicare participating fee schedule amount for the service, or 2) 80% of the 2002 Usual, Customary, and Reasonable (UCR) amount for the service or supply of a non-preferred provider.

22. Yet Blue Cross has refused proper requests for accurate payment of Taylor Verner's December 2002 reconstructive surgery, wrongfully denying a benefit claim, in violation of the Federal Employees Health Benefits Act (FEHBA), 5 U.S.C. §§ 8901-8914. Actions under that Act against health plan carriers and OPM for wrongful denial of benefit claims are authorized by 5 C.F.R. §890.107.

23. OPM's review of the carrier's decision was arbitrary and capricious, wholly failing to rectify the carrier's violation of the FEHBA.

24. Mr. Verner has been damaged by this violation of the FEHBA by Blue Cross and by OPM's failure to rectify the violation in its review, in the amount of $6,084.25, plus interest and costs.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiff respectfully requests that this Court award to

plaintiff the complete and accurate allowable costs of the medical procedure described in

Count 1 of this complaint, plus interest and costs, and grant such other relief as this Court

may deem just and proper.

                        Respectfully submitted,

                        *Douglas D. Verner*

                        DOUGLAS D. VERNER, Pro Se
                        16205 Deer Lake Road
                        Derwood, Maryland  20855
                        Tel:  (703) 518-6441, (301) 526-4548

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Douglas D. Verner *88888* | Office of Personnel Management, *ET AL* |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF   88888 <br> (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   11001 <br> (IN U.S. PLAINTIFF CASES ONLY) <br> NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

*Douglas D. Verner, Pro Se*
*16205 Deer Lake Road*
*Derwood, MD 20855*
*703-518-6441, 301-526-4548*

CASE NUMBER   1:06CV02244

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 12/29/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP
FOR PLA

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

- ☐ 410 Antitrust

**○ B. Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**○ E. General Civil (Other)     OR     ◉ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

*(3)*

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ **1** Original Proceeding ○ **2** Removed from State Court ○ **3** Remanded from Appellate Court ○ **4** Reinstated or Reopened ○ **5** Transferred from another district (specify) ○ **6** Multi district Litigation ○ **7** Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
5 C.F.R. §890.107. Wrongful denial of Federal employee health benefit claim.

---

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 6,084.25<br>**JURY DEMAND:** | Check YES only if demanded in complt<br>YES ☐  NO ☒ |
|---|---|---|---|

**VIII. RELATED CASE(S)**
**IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 12/29/06    SIGNATURE OF ATTORNEY OF RECORD   *Douglas D Vewee, Pro Se*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.