```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA

DOUGLAS D. VERNER,                    )
   16205 Deer Lake Road               )
   Derwood, MD 20855,                 )
                                      )
         Plaintiff,                   )
                                      )
         v.                           ) Civil No.  06-2244 RJL
                                      )
OFFICE OF PERSONNEL MANAGEMENT,       )
   and LINDA M. SPRINGER,             )
   Director,                          )
   1900 E Street, N.W., Room 7353     )
   Washington, D.C. 20415,            )
                                      )
         Defendants.                  )
                                      )
```

PRAECIPE

The Clerk of this Court will please **enter** the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the defendants in this case.

MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7226

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing praecipe was served upon plaintiff *pro se* by U.S. mail, addressed to:

>Douglas D. Verner
>16205 Deer Lake Road
>Derwood, MD 20855

on this 19th day of March, 2006.

>Marina Utgoff Braswell
>Assistant U.S. Attorney
>U.S. Attorney's Office - Civil Division
>555 - 4th Street, N.W.
>Washington, D.C. 20530
>(202) 514-7226