UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DOUGLAS D. VERNER, *pro se* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 06cv2244 (RJL) |
| ) | |
| LINDA SPRINGER, ) | |
| DIR. OFFICE OF PERSONNEL ) | |
| MANAGEMENT, *et al.* ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is defendant's motion to dismiss, which was filed in on March 19, 2007. Because a ruling on defendant's motion may dispose of this case, plaintiff, proceeding *pro se*, is advised of his/her obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the Defendants' motions within 30 days of this Order. If the plaintiff fails to respond, the Court may treat the motions as conceded and dismiss the complaint against the defendants.

**SO ORDERED.**

5/15/07

_____
RICHARD J. LEON
United States District Judge