UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DOUGLAS D. VERNER, *pro se* : | |
| Plaintiff, : | |
| v.  : | Civil Case No. 06cv2244 (RJL) |
| LINDA M. SPRINGER : | |
| Director, Office of : | |
| Personnel Management, et al. : | |
| Defendant. : | |

### Plantiff's Request to Withdraw Action

The Plaintiff requests leave of the Court to withdraw the Complaint in the above titled action.

By withdrawing the Complaint, Plaintiff agrees that the underlying action is dismissed with prejudice. Plaintiff reserves all rights to timely pursue additional actions or claims against the Defendant that may arise in the future that are not comprised within the current Complaint.

Respectfully submitted this 15th day of June, 2007

_____
DOUGLAS D. VERNER, pro se

Certificate of Service

I certify that a copy of the foregoing request to withdraw action was served upon defendants by U.S. Mail, addressed to:

>Office of Personnel Management,
>   and Linda M. Springer,
>     Director,
>1900 E Street, N.W., Room 7353
>Washington, D.C. 20415
>
>and
>
>Marina Utgoff Braswell,
>Assistant United States Attorney
>U.S. Attorney's Office – Civil Division
>Judiciary Center Building
>555 - 4th Street, N.W.
>Washington, D.C. 20530

on this 19th day of June, 2007.

*Douglas D. Verner* (signature)

Douglas D. Verner, pro se
16205 Deer Lake Road
Derwood, MD 20855
(703) 518-6441